# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEA LONDON and ATRIUM UNDERWRITERS LIMITED, | CIVIL ACTION NO. 3:09-CV-2256 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| PA CHILDCARE, LLC, ROBERT J. POWELL, and GREGORY ZAPPALA, | |
| Defendants. | |

## ORDER

**NOW**, this ___19th___ day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Alea London's Motion for Summary Judgment (Doc. 38) is **GRANTED.**

(2) Defendants PA Childcare LLC and Gregory Zappala's Cross-Motion for Summary Judgment (Doc. 45) is **DENIED.**

(3) Plaintiff Atrium Underwriters Limited's Motion for Summary Judgment (Doc. 73) is **GRANTED.**

(4) Judgment shall be entered in favor of the Plaintiffs and against the Defendants.

(5) The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge